UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

CASE NO. C18-5194 RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge David Christel's Report and Recommendation [Dkt. # 48], on Petitioner's Smith's "Motion for Court to finally stop the madness and shift paradigms from bad to good" [Dkt. # 49], and on Smith's "Motion for Judges to Specifically Obey Laws of the United States" [Dkt. # 50].

The Court hereby ORDERS:

(1) The Report and Recommendation is ADOPTED.

(2) Petitioner Smith's federal habeas Petition [Dkt. # 4] is DISMISSED.

1      (3) A certificate of appealability is DENIED for the reasons cogently articulated in the

2 Report and Recommendation.

3      Smith's two new motions [Dkt. #s 49 and 50] are frivolous and they are DENIED. Any

4 other pending motion is DENIED as moot.

5      The case is CLOSED. The Clerk is directed to send copies of this Order to Petitioner

6 Smith and to the Hon. David W. Christel.

7      IT IS SO ORDERED.

8      Dated this 14th day of June, 2018.

9

10                          Ronald B. Leighton

11                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24